**Order filed November 29, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00992-CV
NO. 14-12-01017-CV

_____

## IN THE INTEREST OF M.C.R. AND A.J.R., CHILDREN, Appellants

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2011-00769**

## ORDER

On October 29, 2012, A.D.L. filed a notice of appeal from the judgment signed October 16, 2012, and the appeal was assigned to this court under our appellate number 14-12-00992-CV. On November 5, 2012, L.S. filed a notice of appeal from the same judgment, which was assigned to this court under our appellate number 14-12-01017-CV.

We order the appeals pending under our appellate case numbers 14-12-00992-CV and 14-12-01017-CV **CONSOLIDATED.** The existing filing deadlines in case number 14-12-00992-CV will apply to both cases. All documents filed in the consolidated appeals shall be filed under case number 14-12-00992-CV.

PER CURIAM